UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. MARYS CEMENT U.S. LLC,

    Plaintiff,

v.

TRUE GRIT OIL, POWER, WIND, SOLAR
AND BROADBAND SERVICES LLC
d/b/a True Grit Industries, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1291

HON. JANE M. BECKERING

## **ORDER**

This is a civil action. Plaintiff filed a Motion for Entry of Default Judgment (ECF No. 26). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 37) on October 20, 2025, recommending that the motion be granted in the total amount of $720,000. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 37) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment (ECF No. 26) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated: November 12, 2025                                             /s/ Jane M. Beckering
                                                                                JANE M. BECKERING
                                                                                United States District Judge